IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHRISTOPHER BLAIR DESHAUN ROBINSON**                                       **PLAINTIFF**

**VS.**                                  **4:16-CV-00539-BRW**

**ALEX SMITH,** *et al.*                                                         **DEFENDANT**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of September, 2016.

    /s/ Billy Roy Wilson
    UNITED STATES DISTRICT JUDGE